IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| YUECHUAN SUN, derivatively on behalf of CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III,<br><br>Plaintiff,<br><br>v.<br><br>VIVEK GARIPALLI, JOSEPH WAGNER, ANDREW TOY, NATHANIEL S. TURNER, LEE SHAPIRO, CHAMATH PALIHAPITIYA, STEVEN TRIEU, IAN OSBORNE, JACQUELINE D. RESES, and JAMES RYANS,<br><br>Defendants,<br><br>and<br><br>CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III,<br><br>Nominal Defendant. | Lead Case No. 3:21-cv-0311<br><br>Judge Aleta A. Trauger<br><br>**LEAD CASE** |
| MANTEG LUTHRA, derivatively on behalf of CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III,<br><br>Plaintiff,<br><br>v.<br><br>VIVEK GARIPALLI, JOSEPH WAGNER, ANDREW TOY, NATHANIEL S. TURNER, LEE SHAPIRO, CHAMATH PALIHAPITIYA, STEVEN TRIEU, IAN OSBORNE, JACQUELINE D. RESES, and JAMES RYANS,<br><br>Defendants, | Case No. 3:21-cv-0320<br>Judge Trauger<br><br>**MEMBER CASE** |

and

CLOVER HEALTH INVESTMENTS, CORP.
f/k/a SOCIAL CAPITAL HEDOSOPHIA
HOLDINGS CORP. III,

    Nominal Defendant.

## TENNESSEE PLAINTIFFS' MOTION FOR FINAL APPROVAL OF STOCKHOLDER DERIVATIVE SETTLEMENT AND AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND SERVICE AWARDS

PLEASE TAKE NOTICE that plaintiffs Yuechuan Sun and Manteg Luthra ("Tennessee Plaintiffs"), by and through their undersigned counsel, hereby move the Court, before the Honorable Aleta A. Trauger, United States District Court Judge for the Middle District of Tennessee, Fred D. Thompson U.S. Courthouse and Federal Building, Courtroom 6C, 719 Church Street, Nashville, TN 37203 for entry of an order: (i) approving the terms of the Settlement[1] as fair, reasonable, and adequate to Clover and Current Clover Stockholders; (ii) fully and finally releasing all Released Claims against the Released Persons; (iii) awarding the agreed-to Fee and Expense Amount as well as the Service Awards; and (iv) awarding other and further relief as the Court may deem appropriate (the "Motion").

In support of this Motion, Tennessee Plaintiffs rely upon the accompanying Memorandum of Law, the Declaration of Timothy Brown and exhibits attached thereto, the Stipulation and exhibits attached thereto, and all prior pleadings and proceedings.

Tennessee Plaintiffs respectfully request the Court to enter the Parties' agreed-upon form of the [Proposed] Order and Final Judgment, attached as Exhibit D to the Stipulation and submitted concurrently herewith for the Court's convenience.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meaning as those set forth in the Stipulation and Agreement of Settlement dated February 2, 2024 (the "Stipulation"), which was submitted to the Court as Exhibit 1 to the Declaration of Timothy Brown in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement on March 1, 2024. ECF No. 38-1.

| | |
|---|---|
| Dated: June 6, 2024 | */s/ Wade B. Cowan* <br> Wade B. Cowan (SC#9403) <br> **WADE B. COWAN, ATTORNEY AT LAW** <br> P.O. Box 50617 <br> Nashville, TN 37205 <br> Telephone: (615) 352-2331 <br> wcowan@dhhrplc.com <br><br> *Liaison Counsel for Plaintiffs Yuechuan Sun and Manteg Luthra* <br><br> Timothy Brown (admitted *pro hac vice*) <br> **THE BROWN LAW FIRM, P.C.** <br> 767 Third Avenue, Suite 2501 <br> New York, NY 10017 <br> Telephone: (516) 922-5427 <br> tbrown@thebrownlawfirm.net <br><br> Philip Kim <br> **THE ROSEN LAW FIRM, P.A.** <br> 275 Madison Avenue, 40th Floor <br> New York, NY 10016 <br> Telephone: (212) 686-1060 <br> pkim@rosenlegal.com <br><br> *Co-Lead Counsel for Plaintiffs Yuechuan Sun and Manteg Luthra* |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served upon opposing counsel, via the Court's CM/ECF e-mail notification system, on June 6, 2024.

*/s/Wade B. Cowan*
Wade B. Cowan