| | |
|---|---|
| YUECHUAN SUN, derivatively on behalf of CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III,<br><br>    Plaintiff,<br><br>v.<br><br>VIVEK GARIPALLI, JOSEPH WAGNER, ANDREW TOY, NATHANIEL S. TURNER, LEE SHAPIRO CHAMATH PALIHAPITIYA, STEVEN TRIEU, IAN OSBORNE, JACQUELINE D. RESES, JAMES RYANS,<br><br>    Defendants,<br><br>    and<br><br>CLOVER HEALTH INVESTMENTS CORP. F/K/A SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III,<br><br>    Nominal Defendant. | Lead Case No. 3:21-cv-0311<br><br>Judge Aleta A. Trauger<br><br>**LEAD CASE** |
| MANTEG LUTHRA, derivatively on behalf of CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III,<br><br>    Plaintiff,<br><br>v.<br><br>VIVEK GARIPALLI, JOSEPH WAGNER, ANDREW TOY, NATHANIEL S. TURNER, LEE SHAPIRO CHAMATH PALIHAPITIYA, STEVEN TRIEU, IAN OSBORNE, JACQUELINE D. RESES, JAMES RYANS,<br><br>    Defendants,<br><br>    and | Case No. 3:21-cv-0320<br>Judge Trauger<br><br>**MEMBER CASE** |

> CLOVER HEALTH INVESTMENTS CORP.
> F/K/A SOCIAL CAPITAL HEDOSOPHIA
> HOLDINGS CORP. III,
>
> Nominal Defendant.

**AGREED ORDER EXTENDING PAGE LIMITATIONS FOR PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF STOCKHOLDER DERIVATIVE SETTLEMENT AND AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND SERVICE AWARDS**

Plaintiffs Yuechuan Sun and Manteg Luthra ("Plaintiffs"), in the above-captioned stockholder derivative lawsuit (the "Action"), and defendants Vivek Garipalli, Andrew Toy, Chelsea Clinton, Nathaniel S. Turner, Lee A. Shapiro, Joseph Wagner, Chamath Palihapitiya, Ian Osborne, Jacqueline D. Reses, James Ryans, and Steven Trieu (the "Individual Defendants"), along with nominal defendant Clover Health Investments Corp. f/k/a Social Capital Hedosophia Holdings Corp. III ("Clover" or the "Company," together with the Individual Defendants, "Defendants," and collectively with Plaintiffs, the "Parties"), respectfully submit the following [Proposed] Agreed Order Extending Page Limitations for Plaintiffs' Unopposed Motion for Final Approval of Stockholder Derivative Settlement and Award of Attorneys' Fees, Reimbursement of Expenses, and Service Awards.

WHEREAS, the Parties executed the Stipulation and Agreement of Settlement formalizing their agreement in principle to settle the Action on February 2, 2024. ECF No. 38-1. The proposed Settlement[1] is subject to Court approval under Federal Rule of Civil Procedure 23.1.

---

[1] Unless otherwise noted, all capitalized terms herein shall have the same meaning as set forth in the Stipulation and Agreement of Settlement, dated February 5, 2024. ECF No. 38-1.

WHEREAS, the Court granted preliminary approval of the Settlement on March 5, 2024. ECF No. 40. Accordingly, Plaintiffs intend to file a brief and other papers in support of their motion for final approval of the Settlement on June 6, 2024;

WHEREAS, the Practice and Procedure Manual for the Honorable Aleta A. Trauger provides that briefs may not exceed twenty (20) pages;

WHEREAS, given the complexity of the issues in this case, the additional pages are necessary to fully address the facts and circumstances surrounding the litigation and settlement. If approved, the proposed settlement would resolve claims asserted in this action as well as other related actions pending in other courts against Defendants. The facts from which Plaintiffs' claims arise are complex. Plaintiffs believe a thorough summary of the facts alleged, claims asserted, the proposed terms and conditions, and the benefits of the Settlement would assist the Court in determining whether to approve the proposed Settlement and the agreed-to fee and expense amount and requested service awards, and enter an order and final judgment;

WHEREAS, Defendants do not oppose final approval of the settlement and the Parties agreed to the relief requested herein;

NOW, THEREFORE, any memorandum in support for final approval shall not exceed thirty (30) pages.

IT IS SO ORDERED.

_____
THE HONORABLE ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

Agreed to and submitted by:

*/s/* Wade B. Cowan
Wade B. Cowan (SC#9403)
**WADE B. COWAN, ATTORNEY AT LAW**
P.O. Box 50617
Nashville, Tennessee 37205
Telephone: (615) 352-2331
wcowan@dhhrplc.com

*Liaison Counsel for Plaintiffs*
*Yuechuan Sun and Manteg Luthra*

Timothy Brown
**THE BROWN LAW FIRM, P.C.**
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
tbrown@thebrownlawfirm.com

Philip Kim
**THE ROSEN LAW FIRM, P.A.**
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
pkim@rosenlegal.com

*Co-Lead Counsel for Plaintiffs*
*Yuechuan Sun and Manteg Luthra*


*/s/* Jed M. Schwartz (with permission)
Scott A. Edelman
Jed M. Schwartz
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
sedelman@milbank.com
jschwartz@milbank.com

*Attorneys for Defendants*