UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Yuechuan Sun

                            Plaintiff,

v.                                               Case No.: 3:21−cv−00311

Clover Health Investments, Corp., et al.

                            Defendant,

## **ENTRY OF JUDGMENT**

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 7/25/2024 re [60].

                                                                      Lynda M. Hill
                                                  s/ Kim Chastain, Deputy Clerk